B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **Silicon Genesis Corporation**
Debtor(s)

Case No. 
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ACIP International, Inc (PATENT) 1280 Boulevard Way, Suite# 202 Walnut Creek, CA 94595 | ACIP International, Inc (PATENT) 1280 Boulevard Way, Suite# 202 Walnut Creek, CA 94595 | | | 956.20 |
| Air Products & Chemicals, Inc. P.O Box# 935430 Atlanta, GA 31193-5430 | Air Products & Chemicals, Inc. P.O Box# 935430 Atlanta, GA 31193-5430 | | | 2,210.89 |
| Alston & Bird, LLP (Law Firm) P.O Box# 933124 Atlanta, GA 31193-3124 | Alston & Bird, LLP (Law Firm) P.O Box# 933124 Atlanta, GA 31193-3124 | | | 35,807.23 |
| AT&T Ethernet P.O. Box# 5019 Carol Stream, IL 60197-5019 | AT&T Ethernet P.O. Box# 5019 Carol Stream, IL 60197-5019 | | | 4,034.12 |
| Beijing East IP Ltd. (PATENT) Tower E2, The Towers Oriental Plaza No. East Chang An Ave. Suite# 1601, Dongchen District Beijing, P. 100738 | Beijing East IP Ltd. (PATENT) Tower E2, The Towers Oriental Plaza No. East Chang An Ave. Beijing, P. 100738 | | | 1,575.59 |
| California State Board of Equalization PO Box 942879 Sacramento, CA 94279-0001 | California State Board of Equalization PO Box 942879 Sacramento, CA 94279-0001 | | | 186.00 |
| Datasafe, Inc P.O. Box 7794 San Francisco, CA 94120 | Datasafe, Inc P.O. Box 7794 San Francisco, CA 94120 | | | 1,183.13 |
| Home Depot, The Home Depot Credit Services Dept. 32-2501 P.O. Box# 9055 Des Moines, IA 50368-9055 | Home Depot, The Home Depot Credit Services Dept. 32-2501 P.O. Box# 9055 Des Moines, IA 50368-9055 | | | 556.19 |

B4 (Official Form 4) (12/07) - Cont.

In re **Silicon Genesis Corporation**     Case No. _____
               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| J.D. Molex One, LLC<br>1484 Saratoga Ave.<br>Saratoga, CA 95070 | J.D. Molex One, LLC<br>1484 Saratoga Ave.<br>Saratoga, CA 95070 | restoration of former business premises | Unliquidated | 180,000.00 |
| JB Precision, Inc.<br>1640 Dell Ave.<br>Campbell, CA 95008 | JB Precision, Inc.<br>1640 Dell Ave.<br>Campbell, CA 95008 | | | 1,763.54 |
| Landauer, Inc.<br>P.O Box 809051<br>Chicago, IL 60680-9051 | Landauer, Inc.<br>P.O Box 809051<br>Chicago, IL 60680-9051 | | | 326.90 |
| Mathys & Squire LLP (PATENT)<br>32 London Bridge Street<br>London SE1 9SG, Un | Mathys & Squire LLP (PATENT)<br>32 London Bridge Street<br>London SE1 9SG, Un | | | 2,285.71 |
| Oh, Back & Hahm (Patents-Korea)<br>996-14 Deachidong<br>Kangnamgu 4th. Fl. HANA Bldg.<br>Seoul, Re 135-502 | Oh, Back & Hahm (Patents- Korea)<br>996-14 Deachidong<br>Kangnamgu 4th. Fl. HANA Bldg.<br>Seoul, Re 135-502 | | | 1,546.31 |
| PG&E<br>P.O. Box 997300<br>Sacramento, CA 95899-7300 | PG&E<br>P.O. Box 997300<br>Sacramento, CA 95899-7300 | | | 1,087.53 |
| Republic Services, Inc.<br>Republic Svcs of Santa Clara County<br>P.O Box# 78829<br>Phoenix, AZ 85062-8829 | Republic Services, Inc.<br>Republic Svcs of Santa Clara County<br>P.O Box# 78829<br>Phoenix, AZ 85062-8829 | | | 3,451.14 |
| Shred Works, Inc.<br>Dept# 34654<br>P.O Box# 3900<br>San Francisco, CA 94139 | Shred Works, Inc.<br>Dept# 34654<br>P.O Box# 3900<br>San Francisco, CA 94139 | | | 261.00 |
| Stearn Research Center Owner's Association<br>7917 Winged Foot Court<br>Pleasanton, CA 94588 | Stearn Research Center Owner's Association<br>7917 Winged Foot Court<br>Pleasanton, CA 94588 | | | 4,182.62 |
| W2 Systems<br>106 Cresta Vista Drive<br>San Francisco, CA 94127 | W2 Systems<br>106 Cresta Vista Drive<br>San Francisco, CA 94127 | | | 8,557.94 |
| Wilson Gunn<br>Central Court 25<br>Southampton Bld.<br>London, England WC2A 1AL | Wilson Gunn<br>Central Court 25 Southampton Bld.<br>London, England WC2A 1AL | | | 877.73 |
| Yamakawa International Patent Office<br>Shuwa-Tameike Bldg # 4-2<br>Nagatacho 2, Chiyodaku, Tokyo, JAPAN | Yamakawa International Patent Office<br>Shuwa-Tameike Bldg # 4-2<br>Nagatacho 2, Chiyodaku, Tokyo, JAPAN | | | 11,272.36 |

In re   **Silicon Genesis Corporation**                                    Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 17, 2015**                    Signature  **/s/ Theodore E. Fong**
                                                          **Theodore E. Fong**
                                                          **President and CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy