# United States Bankruptcy Court
## Northern District of California

In re  **Silicon Genesis Corporation**

Debtor

Case No. __15-50525 MEH__

Chapter __11__

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 10 | 16,559,802.83 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 7,688,182.09 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 186.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 262,675.10 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| | Total Assets | | 16,559,802.83 | | |
| | | Total Liabilities | | 7,951,043.19 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re   **Silicon Genesis Corporation**

Debtor

Case No.   **15-50525 MEH**

Chapter   **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Silicon Genesis Corporation**                                    ,     Case No.    **15-50525 MEH**
                                                                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

In re     **Silicon Genesis Corporation**                                    ,          Case No.     **15-50525 MEH**
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Operating Account, Silicon Valley Bank** | - | 147,930.00 |
| | | | **Payroll Account, Silicon Valley Bank** | - | 0.00 |
| | | | **Sweep Account, Silicon Valley Bank** | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          147,930.00
(Total of this page)

  **5**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

In re   **Silicon Genesis Corporation**      ,      Case No.   **15-50525 MEH**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **liquidated payments due under license agreements** | - | **1,516,060.50** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Judgment against Legalforce, Inc., and Raj Abhyanker, P.C.** | - | **462,812.33** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **patent infringement claims** | - | **Unknown** |

Sub-Total >      **1,978,872.83**
(Total of this page)

Sheet  **1**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

In re  **Silicon Genesis Corporation** ,   Case No. __15-50525 MEH__
                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **See Attachment B.22** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **NPV of projected royalties due under license agreement with Shin-Etsu Chemical Co., Ltd.** | - | **7,500,000.00** |
| | | **NPV of projected royalties due under license agreement with EV Group E. Thallner GmbH** | - | **1,000,000.00** |
| | | **NPV of projected royalties due under license agreements with Applied Materials and QMAT, Inc.** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Cryo pump**<br>**Cyclotron Cyro pump parts** | - | **5,000.00** |
| | | **Edwards QDP-40**<br>**dry pump** | - | **1,000.00** |
| | | **Korvis Asyst Robot**<br>**spare robot for spa tool** | - | **10,000.00** |
| | | **Power supply**<br>**HV stack - for P-III** | - | **500.00** |
| | | **Manual PA**<br>**Manual plasma activation tool** | - | **200,000.00** |
| | | **Robot isoports**<br>**FOUP Openers** | - | **50,000.00** |

Sub-Total >   **8,766,500.00**
(Total of this page)

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re    **Silicon Genesis Corporation**                 ,    Case No.    **15-50525 MEH**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **rT-CCP**<br>**room temperature cleave tool** | - | **1,000,000.00** |
| | | **rT-CCP**<br>**room temperature cleave tool - used** | - | **250,000.00** |
| | | **SPA**<br>**automated plasma activation tool** | - | **1,000,000.00** |
| | | **Allwin Gen3+**<br>**Rapid Thermal Oven** | - | **100,000.00** |
| | | **RD-4 accelerator**<br>**1.1 MeV implant system** | - | **2,500,000.00** |
| | | **Allwin Gen2**<br>**Rapid Thermal Oven** | - | **10,000.00** |
| | | **Allwin Gen3**<br>**Rapid Thermal Oven** | - | **75,000.00** |
| | | **Ansys FEA Software**<br>**finite element analysis** | - | **5,000.00** |
| | | **Bede-1 XRD**<br>**xray diffraction tool** | - | **10,000.00** |
| | | **Blue M#1**<br>**Blue M-Oven** | - | **5,000.00** |
| | | **IDE AFM**<br>**Atomic Force Microscope** | - | **50,000.00** |
| | | **Lab Tables and Benches**<br>**tables and benches** | - | **1,000.00** |
| | | **Manual PA**<br>**R&D tool** | - | **5,000.00** |
| | | **Nikon Microscope**<br>**microscope** | - | **5,000.00** |
| | | **Office Furniture**<br>**FH and PO offices** | - | **1,000.00** |
| | | **Olympus Microscope**<br>**microscope** | - | **5,000.00** |

Sub-Total >     **5,022,000.00**
(Total of this page)

Sheet   **3**   of   **5**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

In re    **Silicon Genesis Corporation**                                ,    Case No.    **15-50525 MEH**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | P-III Implanter<br>Plasma implant tool | - | 200,000.00 |
| | | QA Wet Bench<br>Solven clean sink | - | 15,000.00 |
| | | Rofin-Sinar Diode Laser<br>Laser | - | 25,000.00 |
| | | TC Bonder<br>Manual bonding tool | - | 10,000.00 |
| | | Toshiba 4520c Copier<br>copy machine | - | 10,000.00 |
| | | Universal Wet Bench<br>Acid clean sink | - | 25,000.00 |
| | | Cyclotron<br>4.0 MeV Cyclotron Implanter | - | 150,000.00 |
| | | Delage Landon Forklift<br>forklift | - | 2,500.00 |
| | | Dynamitron End Station<br>Dynamitron End Station | - | 100,000.00 |
| | | Heidehan<br>spectrometer | - | 1,000.00 |
| | | Sinton BCT-300 Tester<br>Solar wafer lifetime tool | - | 20,000.00 |
| | | Summitt air compressor<br>air compressor system/vac | - | 1,000.00 |
| | | GE DI-H20 - 1500-gal<br>deionized water system | - | 20,000.00 |
| | | YORK Chiller<br>water chiller | - | 15,000.00 |
| | | Carrier Chiller<br>water chiller | - | 5,000.00 |
| | | Kobelco CDA Tower/60hp<br>clean dry air | - | 25,000.00 |

Sub-Total >     **624,500.00**
(Total of this page)

Sheet    **4**    of    **5**    continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re    **Silicon Genesis Corporation**           ,    Case No.   **15-50525 MEH**

                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Acid cabinets** <br> **hazardous chemical storage** | - | **5,000.00** |
| | | **Clean Room Components** <br> **soft wall clean room/hepa filters** | - | **15,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **20,000.00** |
| (Total of this page) | |
| Total > | **16,559,802.83** |

Sheet  **5**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

# ATTACHMENT B.22

PHDATA 5232130_1

# SiGen Patent Portfolio

| Patent Number | Country | Filed | Issued | Title |
|---|---|---|---|---|
| US20130209740A1 Feb 13,2012 | USA | 2/13/2013 | n/a | Apparatus and Method of Cleaving Thin Layer from Bulk Material |
| Sapphire continuation patent (confidential) | USA | | n/a | Apparatus and Method of Cleaving Thin Layer from Bulk Material |

| Patent Number | Country | Filed | Issued | Title |
|---|---|---|---|---|
| 0842307 | EPO | 07/2/1996 | 04/21/2004 | System For The Plasma Treatment Of Large Area Substrates |
| 1194949 | Germany | 04/20/2000 | 04/11/2000 | Surface Finishing of SOI Substrates Using an EPI Process |
| 1194949 | France | 04/20/2000 | 12/12/2000 | Surface Finishing of SOI Substrates Using an EPI Process |
| 1194949 | EPO | 04/20/2000 | 05/06/2003 | Surface Finishing of SOI Substrates Using an EPI Process |
| 2409340 | UK | 10/03/2003 | 09/18/2001 | Method for Treating Semiconductor Material |
| 4128217 | Japan | 07/2/1996 | 12/12/2000 | Plasma Treatment Apparatus for Large Area Substrates |
| 5653811 | USA | 07/19/1995 | 11/14/2000 | System for the Plasma Treatment of Large Area Substrates |
| 5945012 | USA | 02/17/1998 | 01/04/2000 | Tumbling Barrel Plasma Processor |
| 5985742 | USA | 02/19/1998 | 01/01/2002 | Controlled Cleavage Process and Device for Patterned Films |
| 5994207 | USA | 02/19/1998 | 06/12/2001 | Controlled Cleavage Process Using Pressurized Fluid |
| 6010579 | USA | 02/19/1998 | 12/05/2000 | Reusable Substrate for Thin Film Separation |
| 6013563 | USA | 02/19/1998 | 11/30/1999 | Controlled Cleaving Process |
| 6013567 | USA | 05/05/1999 | 01/11/2000 | Controlled Cleavage Process Using Pressurized Fluid |
| 6033974 | USA | 08/10/1999 | 01/28/2003 | Method for Controlled Cleaving Process |
| 6048411 | USA | 02/19/1998 | 09/18/2001 | Silicon-On-Silicon Hybrid Wafer Assembly |
| 6051073 | USA | 06/03/1998 | 03/07/2000 | Perforated Shield for Plasma Immersion Ion Implantation |
| 6083324 | USA | 02/19/1998 | 09/04/2001 | Gettering Technique for Silicon-on-Insulator Wafers |
| 6103599 | USA | 06/03/1998 | 11/26/2002 | Planarizing Technique for Multilayered Substrates |
| 6113735 | USA | 03/01/1999 | 06/24/2003 | Novel Distributed System and Code for Control and Automation of Plasma Immersion Ion Implanter |
| 6120660 | USA | 12/18/1998 | 09/14/2004 | Removable Liner Design for Plasma Immersion Ion Implantation |
| 6146979 | USA | 02/19/1998 | 03/25/2008 | Pressurized Microbubble Thin Film Separation Process Using a Reusable Substrate |
| 6153524 | USA | 07/28/1998 | 12/30/2008 | Cluster Tool Method Using Plasma Immersion Ion Implantation |
| 6155909 | USA | 02/19/1998 | 11/16/1999 | Controlled Cleavage System Using Pressurized Fluid |
| 6159824 | USA | 02/19/1998 | 02/13/2001 | Silicon-on-Silicon Wafer Bonding Process Using a Thin Film Blister-Separation Method |
| 6159825 | USA | 02/19/1998 | 03/04/2003 | Controlled Cleavage Thin Film Separation Process Using a Reusable Substrate |
| 6162705 | USA | 02/19/1998 | 01/11/2000 | Controlled Cleavage Process and Resulting Device Using Beta Annealing |
| 6171965 | USA | 04/21/1999 | 09/25/2001 | Treatment Method of Cleaved Film for the Manufacture of Substrates |
| 6180496 | USA | 08/28/1998 | 10/14/2003 | In Situ Plasma Wafer Bonding Method |
| 6184111 | USA | 08/10/1999 | 01/09/2007 | Pre-Semiconductor Process Implant and Post-Process Film Separation |
| 6186091 | USA | 10/02/1998 | 05/13/2008 | Shielded Platen Design for Plasma Immersion Ion Implantation |
| 6187110 | USA | 05/21/1999 | 07/20/2010 | Device for Patterned Films |
| 6204151 | USA | 04/21/1999 | 08/12/2008 | Smoothing Method for Cleaved Films Made Using Thermal Treatment |
| 6207005 | USA | 07/28/1998 | 08/17/2010 | Cluster Tool Apparatus Using Plasma Immersion Ion Implantation |
| 6213050 | USA | 12/01/1998 | 08/24/2010 | Enhanced Plasma Mode and Computer System for Plasma Immersion Ion Implantation |
| 6217724 | USA | 12/18/1998 | 12/19/2000 | Coated Platen Design for Plasma Immersion Ion Implantation |
| 6221740 | USA | 08/10/1999 | 10/01/2002 | Substrate Cleaving Tool and Method |
| 6221774 | USA | 04/05/1999 | 12/07/2010 | Method for Surface Treatment of Substrates |
| 6228176 | USA | 06/03/1998 | 09/06/2011 | Contoured Platen Design for Plasma Immersion Ion Implantation |
| 6245161 | USA | 02/19/1998 | 03/27/2001 | Economical Silicon-on-Silicon Hybrid Wafer Assembly |
| 6248649 | USA | 06/17/1999 | 11/28/2000 | Controlled Cleavage Process and Device for Patterned Films Using Patterned Implants |
| 6269765 | USA | 10/01/1998 | 11/20/2001 | Collection Devices for Plasma Immersion Ion Implantation |
| 6274459 | USA | 02/16/1999 | 07/04/2000 | Method for Non Mass Selected Ion Implant Profile Control |
| 6284631 | USA | 01/10/2000 | 04/15/2003 | Method and Device for Controlled Cleaving Process |
| 6287941 | USA | 09/20/1999 | 05/10/2005 | Surface Finishing of SOI Substrates Using an EPI Process |
| 6290804 | USA | 02/19/1998 | 08/15/2000 | Controlled Cleavage Process Using Patterning |
| 6291313 | USA | 05/18/1999 | 08/07/2001 | Method and Device for Controlled Cleaving Process |
| 6291314 | USA | 06/17/1999 | 04/18/2000 | Controlled Cleavage Process and Device for Patterned Films Using a Release Layer |
| 6291326 | USA | 06/17/1999 | 04/17/2001 | Pre-Semiconductor Process Implant and Post-Process Film Separation |
| 6294814 | USA | 08/24/1999 | 09/19/2000 | Cleaved Silicon Thin Film With Rough Surface |
| 6300227 | USA | 12/01/1998 | 02/13/2001 | Enhanced Plasma Mode, Method, and System for Plasma Immersion Ion Implantation |
| 6321134 | USA | 07/28/1998 | 05/08/2001 | Cluster Tool System Software Using Plasma Immersion Ion Implantation |
| 6335264 | USA | 09/15/2000 | 06/06/2006 | Controlled Cleavage Thin Film Separation Process Using a Reusable Substrate |
| 6338313 | USA | 04/24/1998 | 05/27/2008 | System for the Plasma Treatment of Large Area Substrates |
| 6391740 | USA | 04/28/1999 | 10/24/2012 | Generic Layer Transfer Methodology by Controlled Cleavage Process |
| 6448152 | USA | 07/16/2001 | 04/29/2003 | Method and System for Generating a Plurality of Donor Wafers and Handle Wafers Prior to an Order Being Placed by a Customer |
| 6455399 | USA | 03/14/2001 | 05/21/2002 | Smoothing Method for Cleaved Films Made Using Thermal Treatment |
| 6458672 | USA | 11/02/2000 | 08/14/2001 | Controlled Cleavage Process and Resulting Device Using Beta Annealing |
| 6458723 | USA | 06/14/2000 | 02/04/2003 | High Temperature Implant Method and Apparatus |
| 6486041 | USA | 02/20/2001 | 04/24/2001 | Method and Device for Controlled Cleaving Process |
| 6489241 | USA | 09/17/1999 | 09/05/2000 | Surfacing Finishing of SOI Substrates Using an EPI Process |
| 6500732 | USA | 07/27/2000 | 09/18/2001 | Cleaving Process to Fabricate Multilayered Substrates Using Low Implantation Doses |
| 6511899 | USA | 05/06/1999 | 02/06/2001 | Controlled Cleavage Process Using Pressurized Fluid |
| 6513564 | USA | 03/14/2001 | 06/19/2001 | Nozzle for Cleaving Substrates |
| 6518838 | USA | 06/27/2001 | 09/18/2001 | Method for Non Mass Selected Ion Implant Profile Control |
| 6528391 | USA | 05/21/1999 | 10/09/2001 | Controlled Cleavage Process and Device for Patterned Films |
| 6534381 | USA | 01/04/2000 | 04/10/2001 | Method for Fabricating Multi-Layered Substrates |
| 6544862 | USA | 01/14/2000 | 03/18/2003 | Particle Distribution Method and Resulting Structure for a Layer Transfer Process |
| 6548382 | USA | 08/04/2000 | 01/09/2001 | Gettering Technique for Wafers Made Using a Controlled Cleaving Process |

# SiGen Patent Portfolio

| Patent Number | Country | Filed | Issued | Title |
|---|---|---|---|---|
| 6554046 | USA | 11/27/2000 | 11/29/2005 | Substrate Cleaving Tool and Method |
| 6558802 | USA | 02/29/2000 | 09/05/2007 | Silicon-On-Silicon Hybrid Wafer Assembly |
| 6582999 | USA | 04/05/2001 | 09/05/2007 | Controlled Cleavage Process Using Pressurized Fluid |
| 6632324 | USA | 06/18/1997 | 09/05/2007 | System for the Plasma Treatement of Large Area Substrates |
| 6632724 | USA | 01/13/2000 | 09/11/2001 | Controlled Cleaving Process |
| 6645828 | USA | 09/08/2000 | 08/07/2007 | In Situ Plasma Wafer Bonding Method |
| 6780759 | USA | 10/01/2001 | 04/19/2005 | Method for Multi-Frequency Bonding |
| 6790747 | USA | 10/09/2002 | 03/20/2001 | Method and Device for Controlled Cleaving Process |
| 6881644 | USA | 05/17/2002 | 09/24/2002 | Smoothing Method for Cleaved Films Made Using a Release Layer |
| 6890838 | USA | 03/26/2003 | 02/04/2003 | Gettering Technique for Wafers Made Using a Controlled Cleaving Process |
| 6908832 | USA | 10/06/2003 | 10/01/2002 | In Situ Plasma Wafer Bonding Method |
| 6969668 | USA | 11/08/2000 | 12/31/2002 | Treatment Method of Film Quality for the Manufacture of Substrates |
| 7056808 | USA | 11/20/2002 | 04/08/2003 | Cleaving Process to Fabricate Multilayered Substrates Using Low Implantation Doses |
| 7078317 | USA | 08/06/2004 | 08/24/2004 | Method and System for Source Switching and In-Situ Plasma Bonding |
| 7094666 | USA | 01/24/2005 | 04/08/2008 | Method and System for Fabricating Strained Substrates for the Manufacture of Integrated Circuits |
| 7147709 | USA | 11/14/2003 | 12/09/2008 | Non-Contact Etch Annealing of Strained Layers |
| 7160790 | USA | 8/19/2003 | 1/9/2007 | Controlled Cleaving Process |
| 7166520 | USA | 08/08/2005 | 06/24/2008 | Thin Handle Substrate Method and Structure for Fabricating Devices Using One or More Films Provided by a Layer Transfer Process |
| 7253081 | USA | 06/26/2001 | 07/18/2006 | Surface Finishing of SOI Substrates Usina an EPI Process |
| 7348258 | USA | 08/06/2004 | 08/22/2006 | Method and Device for Controlled Cleaving Process |
| 7351644 | USA | 09/14/2006 | 06/24/2008 | Thin Handle Substrate Method and Structure for Fabricating Devices Using One or More Films Provided by a Layer Transfer Process |
| 7354815 | USA | 11/17/2004 | 09/29/2009 | Method for Fabricating Semiconductor Devices Using Strained Silicon Bearing Material |
| 7371660 | USA | 1 1/16/2005 | 5/13/2008 | Controlled Cleaving Process |
| 7378330 | USA | 03/28/2006 | 12/30/2009 | Cleaving Process to Fabricate Multilayered Substrates Using Low Implantation Doses |
| 7390724 | USA | 04/17/2005 | 02/28/2008 | Method and System for Lattice Space Engineering |
| 7391047 | USA | 03/17/2006 | 5/29/2012 | Method and System for Fabricating Strained Layers for the Manufacture of Integrated Circuits |
| 7399680 | USA | 11/30/2005 | 05/10/2006 | A Method and Structure for Implanting Bonded Substrates for Electrical Conductivity |
| 7410887 | USA | 01/26/2007 | 12/12/2006 | Controlled Process and Resulting Device |
| 7427554 | USA | 08/12/2005 | 06/16/2009 | Manufacturing Strained Silicon Substrates Using a Backing Material |
| 7462526 | USA | 06/09/2005 | 04/21/2010 | Method for Fabricating Semiconductor Devices Using Strained Silicon Bearing Material |
| 7470600 | USA | 8/20/2007 | 12/30/2008 | Method and Device for Controlled cleaving Process |
| 7479441 | USA | 10/13/2006 | 12/08/2009 | Method and Apparatus for Flag-Less Wafer Bonding Tool |
| 7547609 | USA | 11/15/2005 | 08/24/2011 | Method and Structure for Implanting Bonded Substrates for Electrical Conductivity |
| 7595499 | USA | 02/19/2008 | 08/14/2012 | Method and System for Fabricating Strained Layers for the Manufacture of Integrated Circuits |
| 7598153 | USA | 03/31/2006 | 08/10/2010 | Method and Structure for Fabricating Bonded Substrate Structures Using Thermal Processing to Remove Oxygen Species |
| 7629666 | USA | 06/12/2008 | 03/09/2010 | Method and Structure for Implanting Bonded Substrates for Electrical Conductivity |
| 7674687 | USA | 07/27/2005 | 03/22/2011 | Method and Structure for Fabricating Multiple Tiled Regions onto a Plate Using a Controlled Cleaving Process |
| 7759217 | USA | 01/26/2007 | 09/06/2011 | Controlled Process and Resulting Device |
| 7759220 | USA | 04/05/2007 | 12/06/2011 | Method and Structure for Fabricating Solar Cells Using a Layer Transfer Processes |
| 7772088 | USA | 02/24/2006 | 09/23/2008 | Applications and Equipment of Substrate Stiffness Method and Resulting Devices for Layer Transfer Processes on Quartz or Glass |
| 7776717 | USA | 08/20/2007 | 01/23/2007 | Controlled Process and Resulting Device |
| 7781305 | USA | 03/31/2008 | 04/01/2008 | Controlled Cleaving Process |
| 7811900 | USA | 09/07/ | | Method and Structure for Fabricating Solar Cells Using a Thick Layer Transfer Process |
| 7811901 | USA | 12/01/2008 | 01/04/2007 | Method and Edge Region Structure Using Co-Implanted Particles for Layer Transfer Processes |
| 7846818 | USA | 07/10/2008 | 09/06/2011 | Controlled Process and Resulting Device |
| 7863157 | USA | 03/13/2007 | 01/20/2009 | Method and Structure for Fabricating Solar Cells Using A Layer Transfer Process |
| 7910456 | USA | 05/25/2007 | 11/19/2010 | Liquid Based Substrate Method and Structure for Layer Transfer Applications |
| 7910458 | USA | 01/25/2008 | 10/06/2009 | Method and Structure Using Selected Implant Angles Using a Linear Accelerator Process for Manufacture of Free Standing Films of Materials |
| 7911016 | USA | 01/27/2010 | 07/20/2010 | Method and Structure for Fabricating Multiple Tiled Regions onto a Plate Using a Controlled Cleaving Process |
| 8012851 | USA | 03/24/2010 | 03/22/2011 | Method and Structure for Fabricating Solar Cells Using A Layer Transfer Process |
| 8012852 | USA | 05/27/2010 | 04/24/2013 | Controlled Process and Resulting Device |
| 8012855 | USA | 01/27/2010 | 04/10/2012 | Method and Structure for Fabricating Multiple Tiled Regions onto a Plate Using a Controlled Cleaving Process |
| 8071463 | USA | 01/27/2010 | 06/27/2012 | Method and Structure for Fabricating Multiple Tiled Regions onto a Plate Using a Controlled Cleaving Process |
| 8110480 | USA | 03/23/2010 | 10/12/2010 | Method and Structure for Fabricating Solar Cells Using A Layer Transfer Process |
| 8124499 | USA | 11/05/2007 | 02/07/2012 | Method and Structure for Thick Layer Transfer Using a Linear Accelerator |
| 8133800 | USA | 07/23/2009 | 10/22/2013 | Free-Standing Thickness of Single Crystal Material and Method Having Carrier Lifetimes |
| 8143165 | USA | 02/09/2009 | | Method for Fabricating Semiconductor Devices Using Strained Silicon Bearing Material |
| 8,153,513 | USA | 07/24/2007 | 02/28/2012 | Method and System for Continuous Large-Area Scanning Implantation Process |
| 8187377 | USA | 10/04/2002 | 05/04/2011 | Non-Contact Etch Annealing of Strained Layers |
| 8,222,129 | USA | 09/27/2011 | 03/22/2011 | Apparatus and Method of Temperature Control During Cleaving Processes of Thick Film Materials |
| 8241996 | USA | 02/24/2006 | | Substrate Stiffness Method and Resulting Devices for Layer Transfer Process |
| 8293619 | USA | 07/24/2009 | 07/17/2012 | Layer Transfer of Films Utilizing Controlled Propagation |
| 8329557 | USA | 05/12/2010 | 10/12/2010 | Techniques for Forming Thin Films by Implantation with Reduced Channeling |
| 8330126 | USA | 07/29/2009 | 12/25/2013 | Race Track Configuration and Method for Wafering Silicon Solar Substrates |
| 8,563,402 | USA | 08/13/2011 | | Method and Structure for Fabricating Solar Cells Using a Thick Layer Transfer Process |
| 8,623,137 | USA | 04/10/2009 | 1/7/2014 | Method and Device for Slicing a Shaped Silicon Ingot Using Layer Transfer |

# SiGen Patent Portfolio

| Patent Number | Country | Filed | Issued | Title |
|---|---|---|---|---|
| 8637382 | USA | 08/21/2011 | 05/31/2012 | Layer Transfer of Films Utilizing Thermal Flux Regime For Energy Controlled Cleaving. |
| | Japan | 03/16/2007 | 03/13/2012 | Method and Structure for Fabricating Solar Cells |
| | EPO | 05/07/2009 | 1/28/2014 | Layer Transfer of Films Utilizing Controlled Shear Region |
| 10-0810825 | Korea (South) | 01/10/2005 | 06/29/2012 | An Apparatus and Method for Controlled Cleaving |
| 10-0996539 | Korea (South) | 01/19/2007 | 12/11/2012 | Method and Structure for Fabricating Bonded Substrate Structures Using Thermal Processing to Remove Oxygen Species |
| 10-1154133 | Korea (South) | 08/31/2009 | 10/23/2012 | Free-Standing Thickness of Single Crystal Material and Method Having Carrier Lifetimes |
| 10-1163282 | Korea (South) | 08/25/2009 | 12/11/2012 | Race Track Configuration and Method for Wafering Silicon Solar Substrates |
| ZL 200780022933.9 | China | 09/10/2007 | 12/03/2002 | Method and Structure for Fabricating Solar Cells Using a Thick Layer Transfer Process |
| ZL 200810006997.6 | China | 01/28/2008 | 01/30/2001 | Apparatus and Method of Temperature Control During Cleaving Processes of Thick Film Materials |
| ZL 200910138229.0 | China | 05/07/2009 | 11/11/2003 | Layer Transfer of Films Utilizing Controlled Shear Region |
| ZL200580002085.6 | China | 01/10/2005 | 06/21/2005 | An Apparatus and Method for Controlled Cleaving |
| ZL2006101629001.1 | China | 11/29/2006 | 11/27/2002 | A Method and Structure for Implanting Bonded Substrates for Electrical Conductivity |
| ZL200680014752.7 | China | 02/24/2006 | 05/23/2008 | Substrate Stiffness Method and Resulting Devices |
| ZL200780026734.5 | China | 07/25/2007 | 08/05/1997 | Continuous Large-Area Scanning Implantation Process |
| ZL200780041135.0 | China | 11/06/2007 | 10/14/2003 | Method and Structure for Thick Layer Transfer Using A Linear Accelerator |
| ZL200810009149.0 | China | 01/29/2008 | 01/15/2002 | Method for Fabricating Free Standing Thickness of Materials Using One or More Semiconductor Substrates |
| ZL98804976.7 | China | 05/11/1998 | 08/31/1999 | A Controlled Cleavage Process |

In re **Silicon Genesis Corporation** , Case No. __15-50525 MEH__
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | for notice purposes | | | | | |
| Firsthand Capital Management, Inc, Agent 150 Almaden Blvd., Ste. 95113 San Jose, CA 95113 | - | | | | | X | | |
| | | | Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No. | | | 11/03/2010 | | | | | |
| Firsthand Technology Value Fund, Inc. 150 Almaden Blvd. Suite #1250 San Jose, CA 95113 | - | | Non-Purchase Money Security accounts receivable and payment intangibles, equipment, intellectual property | | | X | | |
| | | | Value $ 16,411,872.00 | | | | 7,688,182.09 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal (Total of this page) | 7,688,182.09 | 0.00 |
| | Total (Report on Summary of Schedules) | 7,688,182.09 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

In re   **Silicon Genesis Corporation**                              Case No.   **15-50525 MEH**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1    continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

In re **Silicon Genesis Corporation**,      Case No. **15-50525 MEH**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **97-329546** <br><br> **California State Board of Equalization** <br> **PO Box 942879** <br> **Sacramento, CA 94279-0001** | - | | | | | | **186.00** | **0.00** | **186.00** |
| Account No. <br><br> **Tax Collector, Santa Clara County** <br> **70 West Hedding St.** <br> **East Wing, 6th Flr** <br> **San Jose, CA 95110-1767** | - | | | | | | **Unknown** | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal <br> (Total of this page) | **0.00** <br> **186.00**    **186.00** |
| | Total <br> (Report on Summary of Schedules) | **0.00** <br> **186.00**    **186.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re    **Silicon Genesis Corporation**              ,    Case No.    **15-50525 MEH**

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **1800flowers (VISA)** | | - | | | | | 0.00 |
| Account No. <br><br> **ACIP International, Inc (PATENT)** <br> **1280 Boulevard Way, Suite# 202** <br> **Walnut Creek, CA 94595** | | - | | | | | 956.20 |
| Account No. <br><br> **Air Products & Chemicals, Inc.** <br> **P.O Box# 935430** <br> **Atlanta, GA 31193-5430** | | - | | | | | 2,210.89 |
| Account No. <br><br> **Airgas USA, LLC.** <br> **P.O Box# 7423** <br> **Pasadena, CA 91109-7423** | | - | | | | | 93.54 |

  **_5_**   continuation sheets attached

Subtotal
(Total of this page)      **3,260.63**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com             S/N:49566-150123    Best Case Bankruptcy

In re    **Silicon Genesis Corporation**
_____,    Case No.    **15-50525 MEH**
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Alston & Bird, LLP (Law Firm)** **P.O Box# 933124** **Atlanta, GA 31193-3124** | - | | | | | | | | 35,807.23 |
| Account No. | | | | | | | | | |
| **AT&T - fka SBC/Pacific Bell** **P.O. Box# 5025** **Carol Stream, IL 60197-5025** | - | | | | | | | | 69.01 |
| Account No. | | | | | | | | | |
| **AT&T Ethernet** **P.O. Box# 5019** **Carol Stream, IL 60197-5019** | - | | | | | | | | 4,034.12 |
| Account No. | | | | | | | | | |
| **Beijing East IP Ltd. (PATENT)** **Tower E2, The Towers** **Oriental Plaza No. East Chang An Ave.** **Suite# 1601, Dongchen  District** **Beijing, P. 100738** | - | | | | | | | | 1,575.59 |
| Account No. | | | | | | | | | |
| **Datasafe, Inc** **P.O. Box 7794** **San Francisco, CA 94120** | - | | | | | | | | 1,183.13 |

Sheet no. __1__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **42,669.08**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re  **Silicon Genesis Corporation**              ,      Case No.   **15-50525 MEH**

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Federal Express**<br>**P.O. Box 7221**<br>**Pasadena, CA 91109-7321** | - | | | | | | 161.75 |
| Account No.<br><br>**GE Mobile Water, Inc.**<br>**P.O. Box# 742132**<br>**Los Angeles, CA 90074-2132** | - | | | | | | 169.66 |
| Account No.<br><br>**Home Depot, The**<br>**Home Depot Credit Services Dept.**<br>**32-2501**<br>**P.O. Box# 9055**<br>**Des Moines, IA 50368-9055** | - | | | | | | 556.19 |
| Account No.<br><br>**J.D. Molex One, LLC**<br>**1484 Saratoga Ave.**<br>**Saratoga, CA 95070** | - | | **11/18/2014**<br>**restoration of former business premises** | | | X | 180,000.00 |
| Account No.<br><br>**JB Precision, Inc.**<br>**1640 Dell Ave.**<br>**Campbell, CA 95008** | - | | | | | | 1,763.54 |

Sheet no.  **2**   of  **5**   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal<br>(Total of this page)        **182,651.14**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re   **Silicon Genesis Corporation**         ,      Case No.   **15-50525 MEH**

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| Landauer, Inc. <br> P.O Box 809051 <br> Chicago, IL 60680-9051 | - | | | | | | | 326.90 |
| **Account No.** | | | | | | | | |
| Mathys & Squire LLP (PATENT) <br> 32 London Bridge Street <br> London SE1 9SG, Un | - | | | | | | | 2,285.71 |
| **Account No.** | | | | | | | | |
| Oh, Back & Hahm (Patents- Korea) <br> 996-14 Deachidong <br> Kangnamgu 4th. Fl. HANA Bldg. <br> Seoul, Re 135-502 | - | | | | | | | 1,546.31 |
| **Account No.** | | | | | | | | |
| PG&E <br> P.O. Box 997300 <br> Sacramento, CA 95899-7300 | - | | | | | | | 1,087.53 |
| **Account No.** | | | | | | | | |
| Pitney Bowes Global Financial Svcs, LLC <br> PO Box# 371887 <br> Pittsburgh, PA 15250-7887 | - | | | | | | | 32.00 |

| | | |
|---|---|---|
| Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 5,278.45 |

In re **Silicon Genesis Corporation**                    , Case No. **15-50525 MEH**
                                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Pitney Bowes Postage by Phone P.O Box# 371874 Pittsburgh, PA 15250-7874 | - | | | | | | 50.00 |
| Account No. | | | | | | | |
| Republic Services, Inc. Republic Svcs of Santa Clara County P.O Box# 78829 Phoenix, AZ 85062-8829 | - | | | | | | 3,451.14 |
| Account No. | | | | | | | |
| Shred Works, Inc. Dept# 34654 P.O Box# 3900 San Francisco, CA 94139 | - | | | | | | 261.00 |
| Account No. | | | | | | | |
| Stearn Research Center Owner's Association 7917 Winged Foot Court Pleasanton, CA 94588 | - | | | | | | 4,182.62 |
| Account No. | | | | | | | |
| U.S. Bank / Visa Business Account PO Box 790408 St. Louis, MO 63179-0408 | - | | | | | | 142.76 |

Sheet no. __4__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **8,087.52**

In re  **Silicon Genesis Corporation**                                    ,     Case No.   **15-50525 MEH**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **W2 Systems**<br>**106 Cresta Vista Drive**<br>**San Francisco, CA 94127** | - | | | | | | **8,557.94** |
| Account No. | | | | | | | |
| **Wilson Gunn**<br>**Central Court 25 Southampton Bld.**<br>**London, England  WC2A 1AL** | - | | | | | | **877.73** |
| Account No. **001000000029015** | | | | | | | |
| **XO Communications**<br>**File 50550**<br>**Los Angeles, CA 90074-0550** | - | | | | | | **20.25** |
| Account No. | | | | | | | |
| **Yamakawa International Patent Office**<br>**Shuwa-Tameike Bldg # 4-2**<br>**Nagatacho 2, Chiyodaku, Tokyo,**<br>**JAPAN** | - | | | | | | **11,272.36** |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)     **20,728.28**

Total<br>(Report on Summary of Schedules)     **262,675.10**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re   **Silicon Genesis Corporation**                              ,   Case No.   **15-50525 MEH**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Alexander Meyer, Senior Director, New Business Development<br>Applied Materials, Inc.<br>3050 Bowers Avenue, M/S 1954<br>Santa Clara, CA 95054 | [05/29/2003] Outbound lease of intellectual property |
| Applied Materials, Inc.<br>3050 Bowers Avenue<br>Attn: Jim Pursiano<br>Santa Clara, CA 95054 | [04/30/1999] Outbound lease of intellectual property |
| Applied Materials, Inc.<br>2881 Scott Blvd., M/S 2064<br>Attn: Joseph Sweeney, VP, Legal Affairs & Intellectual Property<br>Santa Clara, CA 95054 | [05-29-2003] Outbound lease of intellectual property |
| EV Group E. Thallner GmbH<br>DI Erich Thallner Strasse 1<br>Attn: Dr. Peter Podesser<br>A-4782 St. Florian am Inn, Austria | [10/28/2003] Outbound lease of intellectual property |
| QMAT, Inc.<br>Attn: Francois Henley, President & CEO<br>2424 Walsh Avenue<br>Santa Clara, CA 95051-1303 | [12/13/2012] Outbound lease of intellectual property<br>1/1/2015 - at will cost share agreement pursuant to which SiGen sharer R&D and admin space at 2424 Walsh Ave., Santa Clara, CA 95051 |
| Shin-Etsu Chemical Co., Ltd.<br>6-1, Ohtemachi 2-chome<br>Chiyoda-ku, Tokyo 100-0004 | [06/09/2005] Outbound lease of intellectual property |
| SunEdison, Inc. f/k/a MEMC Electronic Materials, Inc.<br>501 Pearl Drive<br>Saint Peters, MO 63376 | [0701/2014] Outbound lease of intellectual property |

**0**      continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Silicon Genesis Corporation**                          ,     Case No.     **15-50525 MEH**
                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    **Silicon Genesis Corporation**           Case No.    **15-50525 MEH**

                                     Debtor(s)            Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President and CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **24**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **February 18, 2015**                Signature    **/s/ Theodore E. Fong**

                                                             **Theodore E. Fong**

                                                               **President and CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.